UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY BUHR and LINDA BUHR, individually and as husband and wife and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, a foreign insurance company doing business in the State of Washington,<br><br>Defendant. | NO. 20-CV-00705-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**CLERK'S ACTION REQUESTED** |

**STIPULATION**

COME NOW all parties hereto, in all their capacities, by and through their undersigned attorneys of record, and stipulate that all claims asserted herein, or which could have been asserted herein, by the Plaintiffs Anthony Buhr and Linda Buhr against Defendant Continental Western Insurance Company have been fully, finally and forever resolved and settled satisfactorily and that the Complaint of Plaintiffs Anthony Buhr and Linda Buhr shall be dismissed with prejudice and without attorneys' fees and costs to any party.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. 20-CV-00705-RSL

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this __5th____ day of ___May_____, 2021.

WHALLEY LAW PLLC.

By /s/_____
    Jeffery S. Whalley, WSBA #42511
    Attorneys for Plaintiffs


PREG O'DONNELL & GILLETT PLLC

By /s/ Lori K. O'Tool_____
    Lori K. O'Tool, WSBA #26537
    Attorneys for Defendant Continental
    Western Insurance Company

**ORDER**

THIS MATTER having come on for hearing upon the above stipulation for dismissal, and the court having reviewed the files and records herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint of Plaintiffs Anthony Buhr and Linda Buhr be, and the same is hereby, dismissed with prejudice and without attorneys' fees and costs to any party.

Dated this 6th day of May, 2021.

*[signature]*
HONORABLE ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. 20-CV-00705-RSL

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113